# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600394**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**MYLIC T. MUSE**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
Convening Authority: Commanding General, Marine Corps
Installations West-Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel T. J.
Enge, USMC.
For Appellant: Lieutenant Richard A. Viczorek, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 16 February 2017

———————————————

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that only confinement in excess of seven months was deferred from the date of trial until the convening authority's action was signed, at which time confinement in excess of seven months was suspended for a period of 12 months.

For the Court



R.H. TROIDL
Clerk of Court